# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph C. Danielewicz<br>　　　　　Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　Movant | |
| vs. | NO. 19-24315 CMB |
| Joseph C. Danielewicz<br>　　　　　Respondent | Related to Doc. No. 26 |
| Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | 11 U.S.C. Section 362<br>**ENTERED BY DEFAULT** |

## ORDER

AND NOW, this  16th  day of  March , 2020, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362 and 1301 (if applicable), is modified and annulled to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the ejection action regarding the premises 2-6 Jones Street AKA 4 Jones Street Pittsburgh, PA 15223. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

FILED
3/16/20 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

Joseph C. Danielewicz
2-6 Jones Street
Pittsburgh, PA 15223

Michael S. Geisler, Esq.
201 Penn Center Blvd
Suite 524
Pittsburgh, PA 15235
m.s.geisler@att.net

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-24315-CMB
Joseph C. Danielewicz                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric             Page 1 of 1              Date Rcvd: Mar 16, 2020
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db             Joseph C. Danielewicz,    2-6 Jones Street,    Pittsburgh, PA   15223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
     Michael S. Geisler    on behalf of Debtor Joseph C. Danielewicz m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                        TOTAL: 7