Form RSC Conciliation (Reschedule Conciliation–COVID)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph C. Danielewicz** | : | Case No. 19−24315−CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 31st of March, 2020**, due to the COVID−19 virus pandemic, the conciliation conference scheduled for March 26, 2020 is **RESCHEDULED** to *6/11/20 at 01:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: March 31, 2020

cm: Debtor
    Debtor's Atty.
    Ch. 13 Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24315-CMB
Joseph C. Danielewicz                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Mar 31, 2020
                               Form ID: RSCcon3        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db        Joseph C. Danielewicz,    2-6 Jones Street,    Pittsburgh, PA   15223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
      Association bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
     Michael S. Geisler    on behalf of Debtor Joseph C. Danielewicz m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                           TOTAL: 7