IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| ) | |
| JOSEPH C. DANIELEWICZ ) | BANKRUPTCY CASE NO. 19-24315 |
|     Debtor ) | |
| ) | MOTION NO. |
| PEOPLES NATURAL GAS COMPANY, ) | CHAPTER 13 |
| LLC ) | |
|     Movant, ) | Related to Doc. No. 38 |
| ) | |
| vs. ) | |
| ) | **ENTERED BY DEFAULT** |
| JOSEPH C. DANIELEWICZ, and RONDA ) | |
| J. WINNECOUR, ESQUIRE, Trustee ) | |
| | |
|     Respondents. | |

## ORDER OF COURT

AND NOW, to-wit, this  21st  day of   May        , 2020, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtor and Debtor's Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

    1.    The Debtor has failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

    2.    The Court finds that continued utility service is necessary for an effective reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The budget payment as of the date of this Order is $112.00.

      3.     In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased.   Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in June of 2020.

      4.     To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $138.69 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

      5.     If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee.   Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

      6.     If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

      7.     Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

      8.     The debtor's post petition account number is xxxxxxxx9660.

BY THE COURT:

FILED
5/21/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*     dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: S. James Wallace, 845 North Lincoln Avenue, Pittsburgh, PA  15233

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph C. Danielewicz  
    Debtor

Case No. 19-24315-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 21, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.  
db         Joseph C. Danielewicz,    2-6 Jones Street,    Pittsburgh, PA   15223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Michael S. Geisler    on behalf of Debtor Joseph C. Danielewicz m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                             TOTAL: 7