# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOSEPH C. DANIELEWICZ
**Case Number:** 19-24315-CMB  **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 11, 2020 01:30 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#17 - Plan Dated 12/2/2019 (N)
R / M #:  17 / 0

### Appearances:

Debtor: *[signature: Gensler]*
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[handwritten note: No payments to date  $7800 in arrears thru 5/20]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

FILED
6/25/20 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/2/2020    12:47:37PM